MAUDELLA M. CAHILL, as Executrix of WILLIAM P. W. HAFF, Deceased, Respondent, *v.* HARMON B. W. HAFF, Appellant.

(Submitted July 19, 1928; decided October 2, 1928.)

Motion to amend remittitur so as to authorize application forthwith to a Special Term of the Supreme Court for the entry of an interlocutory decree in accordance with the terms of the remittitur, granted. (See 248 N. Y. 377.)